839

No. 77–6442.  GREER v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 77–6473.  MARTIN v. KANSAS.  Sup. Ct. Kan.  Certiorari denied.

No. 77–6480.  REDDY ET AL. v. JONES, SECRETARY, DEPARTMENT OF CORRECTION OF NORTH CAROLINA, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 77–6493.  TAPIA v. NEW MEXICO.  Ct. App. N. M.  Certiorari denied.

No. 77–6496.  HERRERA v. MALLEY, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 77–6508.  DEASON v. ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 77–6510.  WILSON v. MARYLAND.  Ct. App. Md.  Certiorari denied.

No. 77–6511.  COOK v. MARYLAND.  Ct. App. Md.  Certiorari denied.

No. 77–6519.  GRIFFIN v. CRUMP.  C. A. 10th Cir.  Certiorari denied.

No. 77–6522.  CHAMBLISS v. FOOTE ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 77–6532.  OLSON v. ALLEN, JUDGE.  Sup. Ct. Kan.  Certiorari denied.

No. 77–6537.  SPEARS ET AL. v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 77–6541.  STILL v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.